# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-30946
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
July 13, 2018

Lyle W. Cayce
Clerk

MICHAEL A. ROBERTSON,

      Plaintiff - Appellant

v.

SID J. GAUTREAUX, III, Sheriff, East Baton Rouge Parish, In His Official
and Individual Capacity; DENNIS GRIMES, Warden, East Baton Rouge
Parish Prison, In His Official and Individual Capacity; JOHNNY SCOTT,
Chief of Security, East Baton Rouge Parish Prison, In His Individual
Capacity,

      Defendants - Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:16-CV-341

Before REAVLEY, GRAVES, and HO, Circuit Judges.

PER CURIAM:*

Michael A. Robertson appeals the district court's dismissal of his claims
under 42 U.S.C. § 1983. The district court dismissed Robertson's "First

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH
CIR. R. 47.5.4.

No. 17-30946

Amended Complaint" for failure to state a claim upon which relief can be granted. Fed. R. Civ. P. 12(b)(6).

For the reasons set forth by the district court, the judgment is AFFIRMED.